IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.

MOSHE OZ,          )
              )
              )
   Plaintiff,        )
      v.       )
              )
RWC GROUP, LLC, a Pennsylvania limited )
liability company,        )
              )
   Defendant.       )
              )

## COMPLAINT FOR DAMAGES

Plaintiff Moshe Oz sues defendant RWC Group, LLC and states:

## PARTIES

1. Plaintiff Moshe Oz is a citizen of the State of Israel who is domiciled in Israel.

2. Defendant RWC Group, LLC is a Pennsylvania limited liability company with its principal place of business in Broward County, Florida.

## JURISDICTION AND VENUE

3. This Court has subject-matter jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(2) because plaintiff is a citizen of Israel and defendant is a citizen of Florida and the amount in controversy is in excess of $75,000.00.

4. Venue in this district is proper pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events and omissions giving rise to plaintiff's claims occurred in this district.

**PAYTON & ASSOCIATES, LLC**
**2 S. Biscayne Boulevard, Suite 2300, Miami, FL 33131 Tel. 305.372.3500**

## FACTUAL ALLEGATIONS

### COUNT I

5.      On or about February 15, 2016, defendant executed and delivered a Business Loan Agreement, a copy being attached, to plaintiff.

6.      Plaintiff owns and holds the Business Loan Agreement.

7.      Defendant failed to pay the Business Loan Agreement when due.

8.      Defendant owes plaintiff $1,685,000.00 that is due with interest since February 15, 2017, pursuant to the agreement.

9.      All conditions precedent to this action have occurred, been performed or were waived.

10.      Plaintiff has engaged the undersigned firm of attorneys and has agreed to pay the said firm a reasonable fee for its services.

Wherefore, plaintiff demands judgment for damages against the defendant together with interest, costs and attorneys' fees and such other relief as is just and meet.

### COUNT II

Plaintiff sues defendant and re-alleges paragraphs 1-3 inclusive, 8 and 9, and further alleges:

11.      Defendant owes plaintiff $1,685,000.00 that is due with interest since February 16, 2016, for money lent by plaintiff to defendant on that date.

**PAYTON & ASSOCIATES, LLC**
**2 S. Biscayne Boulevard, Suite 2300, Miami, FL 33131 Tel. 305.372.3500**

Wherefore, plaintiff demands judgment for damages against the defendant together with interest, costs and attorneys' fees and such other relief as is just and meet.

COUNT III

Plaintiff sues defendant and re-alleges paragraphs 1-3 inclusive, 8 and 9, and further alleges:

12.     On the following dates, Eldad Oz loaned defendant the sums of money reflected below:

March 10, 2017          $60,000          March 10, 2018

March 29, 2017          $80,000          March 29, 2018

April 5, 2017           $10,000          April 5, 2018.

13.     Eldad Oz orally assigned the said loans to Oz Asset Management.

14.     All conditions precedent to this action have occurred, been performed or were waived.

Wherefore, plaintiff demands judgment for damages against the defendant together with interest and costs and such other relief as is just and meet.

Dated August 28, 2019.

**PAYTON & ASSOCIATES, LLC**
*Attorneys for Plaintiff*
2 S. Biscayne Boulevard
Suite 2300
Miami, FL 33131
Tel. 305-372-3500
Email:  payton@payton-law.com
        smorejon@payton-law.com

By:          */s/ Harry A. Payton, Esq.*
             Harry A. Payton, Esq.
             FBN: 097527

**PAYTON & ASSOCIATES, LLC**
**2 S. Biscayne Boulevard, Suite 2300, Miami, FL 33131 Tel. 305.372.3500**